FILED

JUL 3 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN ANTONIO HERNANDEZ VILLA, <br><br> Defendant | Case No.: 23cr1229-TWR <br><br> **ORDER AND JUDGMENT OF DISMISSAL OF THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States pursuant to Federal Rule of Criminal Procedure 48, IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

SO ORDERED.

DATED 7/3/23

_____
HONORABLE TODD R. ROBINSON
UNITED STATES DISTRICT JUDGE